Michele J. Beilke (SBN 194098)
Email: mbeilke@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Philip J. Smith (SBN 232462)
Email: psmith@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
ENERSYS DELAWARE INC. erroneously sued as ENERSYS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CARR,<br><br>            Plaintiff,<br><br>    vs.<br><br>ENERSYS, INC., a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>            Defendant. | CASE No. 3:14-cv-01569-JD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>[CIVIL L.R. 7-12]<br><br>Judge: Hon. James Donato |

US_ACTIVE-121632667.1

– 1 –     Case No. 3:14-cv-01569-JD

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Plaintiff DAVID CARR and Defendant ENERSYS DELAWARE INC. (erroneously sued as EnerSys Inc.) by and through their counsel, hereby stipulate that the above-entitled action be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: April 9, 2015

REED SMITH LLP

By: /s/ Philip J. Smith
Michele J. Beilke
Philip J. Smith
Attorneys for Defendant
ENERSYS DELAWARE INC.

DATED: April 9, 2015

VERNARDI ZURADA LLP

By: /s/ Mark L. Venardi
Mark L. Venardi
Attorneys for Plaintiff
DAVID CARR

Based on the Parties' stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated: 5/5/2015

*IT IS SO ORDERED*
*Judge James Donato*

**FILER'S ATTESTATION**

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatory to this document.

By: /s/ Philip J. Smith
Philip J. Smith